IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Valerie

Printed: 4/22/08

Case Number: 06 B 12656
Judge: Wedoff, Eugene R
Filed: 10/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: December 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,263.60 |  |
| Secured: |  | 3,100.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 162.96 |
| Other Funds: |  | 0.00 |
| Totals: | 3,263.60 | 3,263.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 0.00 |
| 2. | Gleason & MacMaster | Administrative | 2,500.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Citizens Financial Services | Secured | 0.00 | 0.00 |
| 5. | Nissan Motor Credit Corp | Secured | 31,570.69 | 3,100.64 |
| 6. | CitiFinancial Auto Credit Inc | Unsecured | 0.00 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 90.24 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 15.35 | 0.00 |
| 9. | B-Real LLC | Unsecured | 33.68 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 65.93 | 0.00 |
| 11. | Keynote Consuling | Unsecured | 654.70 | 0.00 |
| 12. | United Collection Bureau Inc | Unsecured | 26.60 | 0.00 |
| 13. | Nissan Motor Acceptance Corporation | Unsecured | 0.00 | 0.00 |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | California Service Bur | Unsecured |  | No Claim Filed |
| 17. | Citibank | Unsecured |  | No Claim Filed |
| 18. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 19. | First Premier | Unsecured |  | No Claim Filed |
| 20. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 21. | LeLand Scott & Associates | Unsecured |  | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 23. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 24. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jones, Valerie | Case Number: 06 B 12656 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 10/4/06 |

| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 37,457.19 | $ 3,100.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 106.26 |
| 5.4% | 56.70 |
| | _____ |
| | $ 162.96 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____